**UNDER SEAL**

FILED
CLERK, U.S. DISTRICT COURT
3/30/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ROBERT MARTINEZ,<br>  aka "Lil Rob,"<br>  aka "Blacky," and<br>FRANK MOSQUEDA,<br>  aka "Demon,"<br>  aka "Pride,"<br><br>      Defendants. | No. 8:22-cr-00034-CJC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 924(c)(1)(A)(i), (ii), (iii): Possess, Use, Carry, Brandish, and Discharge a Firearm in Furtherance of, and During and in Relation to, a Crime of Violence; 18 U.S.C. § 2(a): Aiding and Abetting] |

    The Grand Jury charges:

        [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), (iii), 2(a)]

                [ALL DEFENDANTS]

    On or about August 5, 2017, in Orange County, within the Central District of California, defendants ROBERT MARTINEZ, also known as ("aka") "Lil Rob," aka "Blacky," and FRANK MOSQUEDA, aka "Demon," aka "Pride," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly used and carried a firearm during

and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, Attempted Murder in Aid of Racketeering, in violation of Title 18, United States Code, Section 1959(a)(5), and in the course of said offense, brandished and discharged a firearm.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL AHN
GREGORY SCALLY
GREGORY STAPLES
Assistant United States Attorneys

MARIANNE SHELVEY
DANBEE KIM
Trial Attorneys

2