# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**UNDER SEAL**

FILED
CLERK, U.S. DISTRICT COURT
04/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

| | |
|---|---|
| Case Number: 8:22-cr-00034(A)-CJC-10 | Defendant Number: 10 |
| U.S.A. v. ROBERT MARTINEZ | Year of Birth: 1982 |
| ☑ Indictment  ☐ Information | Investigative agency (FBI, DEA, etc.): FBI |

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense: In/ar'd 2016 to AL on/ab't 4/20/2022

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☐ Los Angeles  ☐ Ventura
☑ Orange  ☐ Santa Barbara
☐ Riverside  ☐ San Luis Obispo
☐ San Bernardino  ☐ Other

Citation of Offense: 18 U.S.C. § 1962(d); 18 U.S.C. §§ 1959(a)(5), (a)(3), and 2(a); and others. See Indictment.

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☐ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)  ☑ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No  ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): 8:22-cr-00048-JVS (USA v. Charles Coghill)

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number:
Assigned Judge:
Charging:

The complaint/CVB citation:
☐ is still pending
☐ was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☐ Yes
IF YES, provide Name: N/A
Phone Number:

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☑ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*  ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☑ No

This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: March 30, 2022
Case Number: 8:22-cr-00034-CJC

The superseded case:
☑ is still pending before Judge/Magistrate Judge Cormac J. Carney
☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
☑ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☑ Yes*  ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☑ Yes  ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect: ____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s): "Lil Rob," "Blacky"

This defendant is charged in:
☐ All counts
☑ Only counts: 1, 7, 8, 15

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☑ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☑ violent crimes/firearms  ☐ corporate fraud
☑ Other: RICO

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: ____
   in the amount of $ ____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: No

Defendant is **in custody**:
a. Place of incarceration:  ☑ State  ☐ Federal
b. Name of Institution: Orange County Jail, CA
c. If Federal, U.S. Marshals Service Registration Number: ____
d. ☐ Solely on this charge. Date and time of arrest: ____
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☑ Yes  ☐ No
   IF YES:  ☑ State  ☐ Federal  AND
   Name of Court: Superior Court of California
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: ____

Date: 04/20/2022

/s/
Signature of Assistant U.S. Attorney
DANIEL H. AHN
Print Name