UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 8:22-cr-00034-FWS-1                                            Date: October 29, 2025

Title: United States v. Robert Martinez *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                               Attorneys Present for Defendants:

Not Present                                                                    Not Present

**PROCEEDINGS: ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT ROBERT MARTINEZ'S MOTION TO DISMISS [2063] AND ADVANCING TIME OF HEARING**

   The court has received Defendant Robert Martinez's Motion to Dismiss, which is noticed for a hearing on November 20, 2025, at 2:30 p.m. (Dkt. 31.) The court sets the following briefing schedule: the government shall file an opposition to the Motion to Dismiss on or before **November 7, 2025.** Defendant may file any reply in support of the Motion to Dismiss on or before **November 14, 2025.** The court **ADVANCES** the in-person hearing on the Motion to Dismiss to **November 20, 2025, at 11:00 a.m., in Courtroom 10D**.

   **IT IS SO ORDERED.**